YANKEE REALTY CORPORATION *v.* NORTH HAVEN LANES, INC., ET AL.
(12577)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued November 29—decision released December 20, 1994

*Kevin P. Walsh,* with whom, on the brief, was *Michael F. O'Connor,* for the appellant (plaintiff).

*Edward Wood Dunham,* with whom, on the brief, was *Eleanor S. DeVane,* for the appellees (defendant Joseph R. Greco et al.).

PER CURIAM. The judgment is affirmed.